December, 1823.

### Joseph Clay *against* James Drake.

JUDGE *Minor* delivered the opinion of the Court.

1st, In Debt against one of several obligors, it is not necessary to aver that the others failed to pay.
2, Declaration demands interest at 30 per cent. per annum; but the obligation described is for no specific rate. Interest, at the rate fixed by Statute, must be adjudged.

In this case it is assigned as Error, that the declaration does not aver that the amount due had not been paid by the co-obligor of *Clay.* This averment was not necessary. If *Clay* believed that such was the fact, he could have availed himself of it by plea. (*Miller* against *Sneads*, ante, p. 31.) It is also assigned as Error, that the Circuit Court rendered judgment for more than the plaintiff by his own shewing was entitled to recover. The declaration demands $90$\frac{7.5}{100}$, with interest thereon, at the rate of 30 per cent. per annum. It describes an obligation of *Clay* and *Trigg*, to pay $90$\frac{7.5}{100}$, due twelve months after date, not averring or shewing that the obligors by the Bond stipulated for any specific rate of interest. The Circuit Court, on overruling the defendant's demurrer, rendered judgment for $90$\frac{7.5}{100}$ Debt and $70 Damages : (being the interest at the rate of 30 per cent. per annum.) In the contract, as it appears on the Record, no specific rate of interest is expressed. For this cause the judgment of the Circuit Court must be reversed, and judgment rendered here for the principal and interest thereon, at the rate of 8 per cent. per annum. (Laws Ala. 443, Ch. 3.)

*McClury*, for plaintiff.

*J. M. Taylor*, for defendant in Error.